FILED

April 30, 2010

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0002599439

Joseph M. Canning  (State Bar No. 250900)
HILLMAN, LUCAS & JONES. P.C.
One Harbor Center, Suite 220
Suisun City, California 94585
(707) 427-7377
Fax (707) 427-7370

Attorneys for Movants
SARAH J. LINK, DENNIS FOLLAIN, and
INFINITI RE, LLC

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

In re:

ALLAN MANGAYAYAM,

                                    Debtor.

Case No. 2010-29657

Chapter 13

D.C. No. JMC-2

**AMENDED NOTICE OF MOTION TO DISMISS**

Date:  May 25, 2010
Time: 9:32 a.m.
Place: Dept B, Courtroom 32
Judge: Thomas C. Holman
[11 U.S.C. §1307(c)]

TO THE RESPONDENT NAMED ABOVE:

PLEASE TAKE NOTICE that a hearing on the Motion to Dismiss under 11 U.S.C. §1307(c) brought by Sarah J. Link, Dennis Follain, and Infiniti RE, LLC ("Movants"), will be heard in the courtroom of the Honorable Thomas C. Holman in the above-captioned court, located at 501 "I" Street, 6th Floor, Courtroom 32, Department B, Sacramento California, 95814, on May 25, 2010, at 9:32 a.m.

1      This motion is based on the Motion to Dismiss, the Declaration in Support of Motion to

2 Dismiss, and the Notice of Motion to Dismiss and on such further evidence and oral argument

3 as may be presented to the court at the hearing.

4      PLEASE TAKE FURTHER NOTICE that any opposition to the granting of the motion

5 shall be in writing, supported by written evidence, and shall be served on counsel for the

6 Moving parties, Joseph M. Canning, Esq., Hillman, Lucas & Jones, P.C., One Harbor Center,

7 Suite 220, Suisun City, CA 94585, and filed with the Clerk by Responding Party, at the United

8 States Bankruptcy Court, 501 "I" Street, Room 7-500, Sacramento, CA 95814, not less than

9 fourteen (14) calendar days preceding the noticed (or continued) date of hearing.

10      The opposition shall specify whether the responding party consents to the Court's

11 resolution of the disputed material factual issues pursuant to FRCivP 43(e) as made applicable

12 by FRBP 9017. If the responding party does not so consent, the opposition shall include a

13 separate statement identifying each disputed material factual issue. The separate statement

14 shall enumerate discretely each of the disputed material factual issues and cite the particular

15 portions of the record demonstrating that a factual issue is both material and in dispute. Failure

16 to file the separate statement shall be construed as consent to resolution of the motion and all

17 disputed material factual issues pursuant to FRCivP 43(e).

18      PLEASE TAKE FURTHER NOTICE that unless written opposition and supporting

19 evidence are timely filed with the Clerk of the Court, and served on the Moving Parties, the

20 court may strike untimely filed written opposition and resolve the matter without oral argument

21 or impose sanctions.

22

23 Dated: April 30, 2010           HILLMAN, LUCAS & JONES, P.C.

24

25                    By:/s/ Joseph M. Canning

26                       Joseph M. Canning
                    Attorney for Movants,

27                     SARAH J. LINK, DENNIS FOLLAIN, AND
                    INFINITI RE, LLC

28