Joseph M. Canning (SBN 250900)
Law Offices of
HILLMAN, LUCAS & JONES
A Professional Corporation
One Harbor Center, Suite 220
Suisun, CA 94585
(707) 427-7377
FAX (707) 427-7370
E-mail: JCanning@HLJLaw.com

Attorneys for Movants
SARAH J. LINK, DENNIS FOLLAIN, and
INFINITI RE, LLC

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

In re

ALLAN MANGAYAYAM,

                    Debtor(s).

Case No. 2010-29657

**PROOF OF SERVICE**

I, Amanda J. Miller, declare that:

1. I am over 18 years of age and not a party to this action. I am employed in the county where the mailing took place.

2. My business address is One Harbor Center, Suite 220, Suisun City, California 94585.

3. On April 30, 2010, I mailed from Suisun City, California the following document:

    a. Amended Notice of Motion to Dismiss.

4. I serviced the documents by enclosing them in an envelope; and

5. The envelope was addressed and mailed as follows:

Jan P. Johnson
Chapter 13 Trustee
P.O. Box 1708
Sacramento, CA 95812

U.S. TRUSTEE
P.O. Box 1858
Sacramento, CA 95814

Allan Mangayayam
4817 S. Ridgefield Way
Fairfield, CA 94534

George Holland, Jr., Esq.
HOLLAND LAW FIRM
610 16th Street, Suite 100
Oakland, CA 94612

 I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

 Executed on April 30 2010, at Suisun City, California.

 /s/ Amanda J. Miller   
AMANDA J. MILLER