FILED
July 05, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002754822

George Holland, Jr., SB# 216735
Holland Law Firm
1970 Broadway Suite 1030
Oakland, CA 94612

Telephone: (510) 465-4100
Fax: (510) 465-4747
Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA (SACRAMENTO)

| | |
|---|---|
| IN RE:<br><br>ALLAN MANGAYAYAM<br><br>Debtor | Case No.: 10-29657<br>Chapter: 13<br><br>**EX PARTE APPLICATION BY DEBTOR TO DISMISS CHAPTER 13 CASE** |

Pursuant to 11 U.S.C. § 1307(b), Allan Mangayayam ("Debtor") hereby applies ex parte for an order dismissing Chapter 13 case number 10-29657, filed April 14, 2010.

The above-entitled case was commenced by the filing of a voluntary petition under Chapter 13 and has not been converted under 11 U.S.C. §§ 706, 1112, or 1208. This application is based on the declaration of Debtor, set forth below:

### DECLARATION OF ALLAN MANGAYAYAM

I, Allan Mangayayam, hereby declare as follows:

1. I am the debtor in the above-captioned case.
2. I make this declaration upon personal knowledge.
3. I hereby request an order dismissing my Chapter 13 case with case number 10-29657.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Allan Mangayayam
Allan Mangayayam

COURT SERVICE LIST

GE Money Bank
c/o Recovery Management Systems Corp.
Attn: Ramesh Singh
25 SE 2nd Ave #1120
Miami, FL 33131-1605

Infiniti RE, LLC
c/o Joseph M. Canning
1 Harbor Center #220
Suisun City, CA 94585

American Express
PO Box 0001
Los Angeles, CA 90096

American Express Bank, FSB
Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

GMAC Mortgage
3451 Hammond Ave
Waterloo IA 50702

Office of the U.S. Trustee
Robert T Matsui United States Courthouse
501 I Street, Room 7-500
Sacramento, CA 95814

Allan Mangayayam
4817 S Ridgefield Way
Fairfield, CA 94534

Jan P. Johnson
PO Box 1708
Sacramento, CA 95812