2010-29657
FILED
July 15, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0002754823

George Holland, Jr., SB# 216735
Holland Law Firm
1970 Broadway Suite 1030
Oakland, CA 94612

Telephone: (510) 465-4100
Fax: (510) 465-4747
Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA (SACRAMENTO)

IN RE: ) Case No.: 10-29657
) Chapter: 13
ALLAN MANGAYAYAM )
) **ORDER DISMISSING**
Debtor ) **CHAPTER 13 CASE**
)

The debtor in the above-referenced case has applied ex parte for an order dismissing said case. Good cause appearing therefore, IT IS HEREBY ORDERED that the above Chapter 13 case is dismissed without prejudice.

Dated: July 15, 2010

Thomas C. Holman
United States Bankruptcy Judge

RECEIVED
July 05, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002754823

# COURT SERVICE LIST

GE Money Bank
c/o Recovery Management Systems Corp.
Attn: Ramesh Singh
25 SE 2nd Ave #1120
Miami, FL 33131-1605

Infiniti RE, LLC
c/o Joseph M. Canning
1 Harbor Center #220
Suisun City, CA 94585

American Express
PO Box 0001
Los Angeles, CA 90096

American Express Bank, FSB
Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

GMAC Mortgage
3451 Hammond Ave
Waterloo IA 50702

Office of the U.S. Trustee
Robert T Matsui United States Courthouse
501 I Street, Room 7-500
Sacramento, CA 95814

Allan Mangayayam
4817 S Ridgefield Way
Fairfield, CA 94534

Jan P. Johnson
PO Box 1708
Sacramento, CA 95812